UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Michael Carrone

                     Defendant(s).
----------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

20   -CR- 561 ( )( )

20 CR 561 (VM)

Defendant __Michael Carrone__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer / Plea and Waiver of an Indictment

_____    _____
Defendant's Signature                       Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Michael Carrone                 Joseph DiBenedetto
Print Defendant's Name           Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12·1·2020
Date                                 U.S. District Judge/U.S. Magistrate Judge