```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           :

      v.                                          :

MICHAEL CARRONE,

      Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

20 Cr. 561 (VM)

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on December 1, 2020;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
             December 30, 2020

                                                    Victor Marrero
                                                    U.S.D.J.