```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- v. -

MICHAEL CARRONE,

          Defendant.

**20 Cr. 561 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from October 15, 2021, to December 10, 2021, at 3:30p.m.

**SO ORDERED.**

Dated:    New York, New York
            October 8, 2021

_____
Victor Marrero
U.S.D.J.