```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2021
```

----------------------------------------------x
United States of America                      :
                                              :
-against-                                     :
                                              :
Michael Carrone                               :
                    Defendant.                :
----------------------------------------------x

**ORDER**
Docket Number: 20CR00561-01 (VM)

VICTOR MARRERO, United States District Judge:

IT IS HEREBY ORDERED that the defendant, Michael Carrone, will serve a period of six (6) months Home Detention, to be monitored with technology determined at the discretion of the Probation Department. The defendant will be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as pre-approved by the Probation Department.

IT IS FURTHER HEREBY ORDERED that the defendant shall contribute to the costs of monitoring, based on his ability to pay, as determined by the Probation Department. The defendant shall disclose all financial information and documents to the Probation Department to assess his ability to pay.

SO ORDERED.

Dated: New York, NY
December 16, 2021

Victor Marrero
U.S.D.J.